Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.

**No. 68158.**—Reinhold A. Auerbach, Inc. v. United States, protest 63/6233 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE FIRST DIVISION, DECEMBER 9, 1963

**No. 68159.**—Palmar Import Co., Inc., and Frank P. Dow Co., Inc., et al. v. United States, protests 59/3147 (B), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1963

**No. 68160.**—Magnesium Elektron, Inc. v. United States, protests 61/23691, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

**No. 68161.**—Magnesium Elektron, Inc. v. United States, protests 62/2089, etc. (New York).

281

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 12, 1963

No. 68162.—Williams, Clarke Company v. United States, protest 63/6005 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 68163.—Multivox Corp. of America v. United States, protests 60/19118, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.

No. 68164.—Polk's Model Craft Hobbies, Inc., et al. v. United States, protests 60/911(A), etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad accessories similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc.. et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.